FILED:  July 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 23-1766
(2:20-cv-00417-RAJ-LRL)

———————————————

STUDCO BUILDING SYSTEMS US, LLC

　　　　Plaintiff - Appellant

v.

1ST ADVANTAGE FEDERAL CREDIT UNION

　　　　Defendant - Appellee

———————————————————————————————————————————

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:20-cv-00417-RAJ-LRL |
| Date notice of appeal filed in originating court: | 07/21/2023 |
| Appellant | Studco Building Systems US, LLC |
| Appellate Case Number | 23-1766 |
| Case Manager | Anisha Walker 804-916-2704 |