# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 22, 2023

_____

RULE 45 NOTICE
DOCKETING FORMS

_____

No.     23-1766,         Studco Building Systems US, LLC v. 1st Advantage
                         Federal Credit Union
                         2:20-cv-00417-RAJ-LRL

TO:     Studco Building Systems US, LLC

**FORMS DUE:** 09/06/2023

The court has not received the form(s) checked below which it previously directed be filed. Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the required form(s) are received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

___

 [x] **Docketing statement - Civil or Agency** required

Anisha Walker, Deputy Clerk
804-916-2704